# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**207**

**CAF 11-01401**

PRESENT: SCUDDER, P.J., CENTRA, PERADOTTO, LINDLEY, AND MARTOCHE, JJ.

---

IN THE MATTER OF AUSTIN M. AND ANNA M.
------------------------------------------------
OSWEGO COUNTY DEPARTMENT OF SOCIAL SERVICES,
PETITIONER-APPELLANT;

ORDER

SARAH H., RESPONDENT.
------------------------------------------------
DALE M., INTERVENOR-RESPONDENT.

---

NELSON LAW FIRM, MEXICO (ANNALISE M. DYKAS OF COUNSEL), FOR
PETITIONER-APPELLANT.

FIX LAW FIRM, OSWEGO (ROBERT H. FIX OF COUNSEL), FOR
INTERVENOR-RESPONDENT.

CHARLES H. CIESZESKI, ATTORNEY FOR THE CHILDREN, FULTON, FOR AUSTIN M.
AND ANNA M.

---

Appeal from an order of the Family Court, Oswego County (Kimberly
M. Seager, J.), entered June 29, 2011 in a proceeding pursuant to
Family Court Act article 10. The order directed the final discharge
of the subject children to Dale M. by August 1, 2011.

Now, upon reading and filing the stipulation of withdrawal signed
by the attorneys for the parties, and by the Attorney for the Children
and filed on January 6, 2012,

It is hereby ORDERED that said appeal is unanimously dismissed
without costs upon stipulation.

Entered: March 16, 2012                          Frances E. Cafarell
                                                 Clerk of the Court